**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAIME YOJARI AVILA CIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>JIM C. ARNOTT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-3449-MBB |

**ORDER**

On July 29, 2026, Petitioner Jaime Yojari Avila Cifuentes filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (**Doc. 1**). He requested his immediate release from detention. (***Id.***). On July 30, 2026, the Court ordered Respondents to show cause why the petition should not be granted. (**Doc. 3**). On August 11, 2026, Respondents complied, adding context to Petitioner's allegations. (**Doc. 7**). On August 21, 2026, Petitioner replied, acknowledging the new information in Respondents' pleading. (**Doc. 8**). Considering that new information, Petitioner moved the Court to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2). (***Id.***). Respondents did not oppose Petitioner's motion to dismiss.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2026